# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER DOTY, | : | |
|     Plaintiff | : | |
| | : | No. 3:16-cv-2340 |
| v. | : | |
| | : | (Judge Rambo) |
| G. MILLER, et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 4th day of December 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's action is **DISMISSED** for failure to prosecute;

2. The Clerk of Court is directed to **CLOSE** the case; and

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

                          s/Sylvia H. Rambo
                          SYLVIA H. RAMBO
                          United States District Judge